UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Christopher Michael Boecher

CASE NO: 26-30363

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 13

On 3/6/2026, I did cause a copy of the following documents, described below,

Motion for Relief from Stay, verification, exhibits, memorandum in support certificate of service, proposed order ECF Docket Reference No. 13

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/6/2026

/s/ Karl Johnson
Karl Johnson 0391211
Attorney for Debtor
MJB Law Firm PLLC
3701 Shoreline Drive, Ste 200A
Wayzata, MN 55391
612-961-0145
karl@mjblawmn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Christopher Michael Boecher

CASE NO: 26-30363

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 13

On 3/6/2026, a copy of the following documents, described below,

Motion for Relief from Stay, verification, exhibits, memorandum in support certificate of service, proposed order ECF Docket Reference No. 13

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Karl Johnson
MJB Law Firm PLLC
3701 Shoreline Drive, Ste 200A
Wayzata, MN 55391

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

CHRISTOPHER MICHAEL BOECHER
220 12TH ST. W. UNIT A
HASTINGS MN 55033

FIRST CLASS

BECKY STAHLNECKER
220 12TH ST. W. UNIT A.
HASTINGS MN 55033